■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARVYS GOMEZ, Appellant. [998 NYS2d 885]—

Judgment, Supreme Court, Bronx County (Edgar G. Walker, J.), rendered March 16, 2012, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of six months, concurrent with five years' probation, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its evaluation of police paperwork errors and minor inconsistencies in testimony. Concur—Friedman, J.P., Andrias, Saxe, Richter and Gische, JJ.